No. 1038, Misc. IN RE DISBARMENT OF O'MALLEY. It having been reported to the Court that William R. O'Malley, of Wickliffe, Ohio, has been indefinitely suspended from the practice of law by order of the Supreme Court of Ohio, duly entered on the twenty-second day of November 1967, and this Court by order of December 18, 1967, having suspended the said William R. O'Malley from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent, and that the time within which to file a return to the rule has expired;

IT IS ORDERED that the said William R. O'Malley be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. 247. PUYALLUP TRIBE v. DEPARTMENT OF GAME OF WASHINGTON ET AL.; and

No. 319. KAUTZ ET AL. v. DEPARTMENT OF GAME OF WASHINGTON ET AL. Sup. Ct. Wash. (Certiorari granted, 389 U. S. 1013.) Request of the Solicitor General to participate in oral argument, as amicus curiae, granted and 30 minutes allotted for that purpose. The Attorney General of Washington allotted an additional 30 minutes to argue on behalf of respondents. MR. JUSTICE MARSHALL took no part in the consideration or decision of this request.

No. 495, Misc. SMITH v. HOOEY, JUDGE. Sup. Ct. Tex. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 991, Misc. BLEVINS v. NELSON, WARDEN. Motion to dispense with printing petition granted. Motion for leave to file petition for writ of habeas corpus denied.